#### IN MAY TERM, 1819, IN THE FORTY-THIRD YEAR OF OUR INDEPENDENCE.

———◆———

MEMORANDUM.—During the last vacation, Mr. Justice SPENCER was appointed *Chief Justice*, in the place of Mr. Chief Justice *Thompson*, who resigned. His commission was dated *February 9th*, 1819:

JOHN WOODWORTH, Esq. Counsellor at law, was appointed one of the Judges of this Court, in the place of Mr. Justice SPENCER, promoted. His commission bears date *March 27th*, 1819.

———✱———

GORDON and WOOD *against* VALENTINE and SMEDES.

### Same *against* SMEDES.

*BANCKER*, for the defendants, moved to set aside the *fi. fa.* and *ca. sa.* issued in these causes, for irregularity. The judgments were entered up and docketted on the *quarto die post* of *January* term last, being the 8th day of *January*; and on the 9th day of *January*, the writs of execution were issued, tested on the 31st day of *October*, being the last day of the preceding term, and returnable, the *fi. fa.* on

Writs issued in term must be *tested* in term; and if tested of the preceding term, they may be set aside for irregularity. But the Court will allow the plaintiff to *amend* on payment of costs.

VOL. XVI.          19

NEW-YORK, the 9th, and the *ca. sa.* on the 13th day of *January*, in *Janu-*
May, 1819. *ary* term. The *ca. sa.* was returned and filed in the clerk's

COOPER. office on the 14th of *January*, and a suit was thereupon
*v.*
BISSELL. commenced against the bail.

P. W. *Radcliff*, contra. Writs may be tested in the term
in which they are made returnable, or of the preceding
term. (1 *N. R. L.* 318. sess. 36. c. 3. s. 2. 1 *N. R. L.*
501.) The act is not imperative; and at common law, an
execution may be *tested* before the judgment. (1 *Sellon's Pr.*
550.) *Sellon* says, if writs are sued out in term, they are
*generally* tested the first day of such term. (1 *Sellon's Pr.* 89.)
It does not appear to be indispensable, in all cases, that a
writ issued in term, should be tested in term. The reason
for testing these writs of the preceding term was, that the
* *Vide ante,* office of Chief Justice was vacant.* At any rate, the
p. 1.
plaintiffs are entitled to amend.

*Per Curiam.* The *teste* of these writs was irregular.
Where writs are issued in vacation, they may be tested of
the preceding term; if issued in term, they must be test-
ed of some day in the same term. (1 *N. R. L.* 318.) But
the plaintiff may amend his writs on payment of costs.